AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2026

SEAN F. McAVOY, CLERK

ISAIAH HAMBLIN,

|  | ) |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:26-cv-103-EFS |
| DR. NATHANIEL BURT, JOSH | ) | |
| LANDSVARK, JASON STONE, | ) | |
| DARYL SINGLETON, CS2 C. | ) | |
| FORTINI and DR. LOUIS SOWERS | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Complaint, ECF No. 1, is DISMISSED WITH PREJUDICE. Judgment of dismissal is entered.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge      Edward F. Shea _____

Date:  6/10/2026 _____        *CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*